IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-256-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VINCENT MALDINI, | ) | |
| | ) | |
| Defendant. | ) | |

On January 19, 2016, Vincent Maldini filed a motion for credit for jail time [D.E. 79]. The United States did not respond to the motion. The record does not reflect that Maldini has exhausted his administrative remedies. Thus, the court DENIES without prejudice Maldini's motion for jail credit [D.E. 79].

SO ORDERED. This _2_ day of May 2016.

JAMES C. DEVER III
Chief United States District Judge